UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>RICHARD S. GAMMONLEY<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  15-12018<br><br>Chapter:  7<br>Honorable Donald R. Cassling<br>DuPage |

**ORDER GRANTING AMENDED ROUTINE MOTION OF RBS CITIZENS, N.A. FOR AN EXTENSION OF TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE AND/OR TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS**

The Amended Routine Motion of RBS Citizens National Association, as Successor by Merger to Charter One Bank, N.A. ("RBS") to Extend Time to Object to Discharge and/or Determine the Dischargeability of Certain Debts (the "Motion") coming to be heard before the Court upon appropriate notice, Debtor Richard S. Gammonley having no objection, and the Court being fully advised in the premises and having found and concluded that cause exists to grant the relief requested by the Motion;

IT IS HEREBY ORDERED THAT:

1. The deadline for RBS to file any complaint objecting to the discharge of Richard S. Gammonley and/or to determine the dischargeability of certain debts of Richard S. Gammonley is extended through and including September 7, 2015.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  July 10, 2015

**Prepared by:**

GOLDSTEIN & MCCLINTOCK LLLP
Harley J. Goldstein, Esq.
Matthew E. McClintock, Esq.
Terence D. Brennan, Esq.
208 South LaSalle Street
Suite 1750
Chicago, Illinois 60604
Telephone: (312) 337-7700
Facsimile: (312) 277-2305
email: mattm@restructuringshop.com